Case No.: 5:24-cv-623

**EXHIBIT 1**: PHOTOGRAPH

