Case No.: 5:24-cv-623

**EXHIBIT 2:** INFRINGEMENT

URL: https://kbco.iheart.com/content/2021-07-23-rest-in-peace-chuck-e-weiss/

