IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| URBANIMAGE LTD. | § § § |
| Plaintiff, | § § |
| v. | § Case No: 5:24-cv-00623-XR |
| IHEARTMEDIA INC. | § § § |
| Defendant. | § § § |

**STIPULATION OF DISMISSAL OF CIVIL ACTION
WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff UrbanImage Ltd. and counsel for iHeartMedia Inc. that the parties have reached a settlement and that all claims asserted in the above-referenced action are dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each party to bear its own costs, expenses and attorney's fees.

_____
James H. Freeman

SANDERS LAW GROUP
333 Earle Ovington Blvd., Ste. 402
Uniondale, New York 11530
Telephone: (516) 503-7600
jfreeman@sanderslaw.group

Dated: December 1, 2025

*Attorneys for Plaintiff*

_____
Jeffrey J. Phillips

SPENCER FANE LLP
3040 Post Oak Blvd., Suite 1400
Houston, TX 77056
Telephone: (713) 212-2710
jphillips@spencerfane.com

Dated: December 1, 2025

*Attorneys for Defendant*

**SO ORDERED:**

_____
Hon. Xavier Rodriquez (U.S.D.J.)